ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2010 JUL 21 AM 11:43
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| WAYNE ANTHONY SHAW, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 309-103 |
| | ) | |
| WALT WELLS, Warden, et al., | ) | |
| | ) | |
| Respondents. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Attorney General Holder is **DISMISSED** as an improper Respondent, the petition filed pursuant to § 2241 is **DENIED**, this case shall be **CLOSED**, and a final judgment shall be **ENTERED** in favor of Respondent Wells.

SO ORDERED this 21st day of July, 2010, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE